# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michael Abernathy** *et al.*<br>*On their own behalf and on behalf of*<br>*all others similarly situated.*<br>    *Plaintiffs*<br>*v.*<br>**The Carlyle Group, Inc.** *et al.*<br>    *Defendants* | Civil Action No. 22-3603-ABJ<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i)<br>Notice of Dismissal of<br>The Carlyle Group, Inc. |

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i) and to facilitate the consolidation of the above-captioned action into *United States ex rel. Larry Hawkins et al. v. ManTech International Corp.* Case No. 15-cv-2105, also pending in the United States District Court for the District of Columbia, Plaintiffs hereby provide notice to the Clerk of the Court that The Carlyle Group, Inc. is hereby dismissed as a defendant.

Respectfully submitted,

/s/ Joseph A. Hennessey
Joseph A. Hennessey, Esq.
The Law Office of Joseph Hennessey, LLC
2 Wisconsin Circle, Suite 700
Chevy Chase, Maryland 20815
Telephone: (301) 351-5614
Email: jhennessey@jahlegal.com